```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/13/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUBEARU BETTIS, | |
| Plaintiff, | **1-21-CV-7496 (VEC) (KHP)** |
| -against- | <u>ORDER</u> |
| METROPOLITAN CORRECTIONAL CENTER; BUREAU OF PRISONS NORTH EAST REGION DIRECTOR; L. N'DIAYE, WARDEN METROPOLITAN CORR. CENTER, N.Y.; LT. PEREZ; FACILITY DIRECTOR MCC NY; DR. BEAUDOIN; WALKES, COUNSELOR MCC NY; BULLOCK, COUNSELOR MCC NY; JANE DOE, PHYSICIAN ASSISTANT, | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter, dated January 11, 2022, that explains that the U.S. Attorney's Office identified the wrong Jane Doe Defendant, pursuant to the Honorable Valerie Caproni's Valentin Order on October 4, 2021 (ECF No. 6.).  Specifically, Plaintiff believes that the person identified – Yoon Kang – is not the correct person referenced in her Complaint because Yoon Kang was not at Metropolitan Correction Center New York on October 2, 2018 when Plaintiff was infected.  Plaintiff provides a further description of the Jane Doe Defendant in her letter filed on the docket at ECF No. 22.

As previously provided by Judge Caproni, under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  Plaintiff provides a further description of the misidentified Jane Doe Defendant in her letter filed on the docket at ECF No. 22.  It is therefore ordered that the United States

Attorney's Office, which is the attorney for and agent of the Metropolitan Correctional Center, endeavor to identify the identity and badge number of the Jane Doe Defendant whom Plaintiff seeks to sue here and the address where the Defendant may be served.  The United States Attorney's Office is ordered to provide this information to Plaintiff and the Court within sixty days of the date of this order.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.  The Clerk of Court is also directed mail a copy of this order and Plaintiff's letter at ECF No. 22 to the United States Attorney's Office 86 Chambers Street / 3rd Floor New York City, NY 10007.**

Dated: January 13, 2022
     New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge