

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 12, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2022
```

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bettis v. L. N'Diaye et al.*, No. 21 Civ. 07496 (VEC) (KHP)

Dear Judge Parker:

This Office represents Defendants Lamine N'Diaye, Robert Beaudouin, Nathaniel Bullock, Carlos Perez, and Erskine Walkes (collectively the "Federal Defendants") in this *Bivens* action commenced by the *pro se* Plaintiff Zubearu Bettis. The Federal Defendants respectfully write to request a one-week adjournment of the Initial Case Management Conference from May 5, 2022, to May 12, 2022. The reason for this request is that the undersigned will be out on parental leave on May 5, 2022, and will be returning to the office on May 10, 2022. Because the *pro se* Plaintiff is currently incarcerated, this Office did not attempt to contact him regarding this motion.

I thank the Court for its attention to this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2745
Elizabeth.Kim@usdoj.gov

cc:   Zubearu Bettis, Plaintiff *pro se* (via Certified Mail)

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled on Thursday, May 5, 2022 at 12:00 p.m. is hereby rescheduled to <u>Tuesday, May 24, 2022 at 2:00 p.m.</u> It is hereby ORDERED that the Warden or other official in charge of the Westchester Correctional Facility produce plaintiff Zubearu Bettis., INMATE #WC259346/BOP92404, on May 24, 2022, no later than 2:00 p.m., to a suitable location within the Westchester Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. The Parties are directed to review Judge Parker's Individual Rules of Practice in Civil Cases attached to this order. Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Katharine H. Parker, U.S. District Court, 500 Pearl Street Room 750, New York, New York 10007 one week before the scheduled conference. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Westchester Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to Parker_NYSDChambers@nysd.uscourts.gov, and (4) telephone Judge Parker's teleconference line at (866) 434-5269, Access code: 4858267, with the plaintiff on the line, at the time and date of the conference. <u>The Clerk of Court is requested to mail a copy of this order to the plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**04/13/2022**