```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUBEARU BETTIS,<br><br>         Plaintiff,<br><br>-against-<br><br>METROPOLITAN CORRECTIONAL CENTER; BUREAU OF PRISONS NORTH EAST REGION DIRECTOR; L. N'DIAYE, WARDEN METROPOLITAN CORR. CENTER, N.Y.; LT. PEREZ, FACILITY DIRECTOR MCC NY; DR. BEAUDOIN; E. WALKES, COUNSELOR MCC NY; N. BULLOCK, COUNSELOR MCC NY; JANE DOE, PHYSICIAN ASSISTANT;<br><br>         Defendants. | 1:21-CV-7496 (VEC) (KHP)<br><br><u>ORDER</u> |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Plaintiff in the above-captioned case was incarcerated at the Westchester County Department of Corrections under the inmate identification number #WC259346/BOP92404. Plaintiff was transferred to the USP Canaan Correctional Facility on or about May 24, 2022.

On July 11, 2022, Plaintiff informed the Court that he was not permitted to bring his legal paperwork with him from the Westchester correctional facility upon his transfer. Because Plaintiff's legal paperwork relates in part to his prosecution of the above-captioned case, the Court requests that the Commissioner or other official in charge of the Westchester County Department of Corrections secure Plaintiff's legal paperwork in its possession and mail said paperwork to Plaintiff at the following address: <u>Zubearu Bettis, INMATE #92404-054, USP CANAAN – U.S. PENITENTIARY P.O. Box 300 Waymart, PA 18472</u>.[1]

---

[1] The Court cautions the official in charge of the Westchester County Department of Corrections that the Facility's failure to provide Plaintiff with his legal paperwork could result in a constitutional violation if the deprivation of

Because the paperwork may contain information protected by the attorney client privilege or work product doctrine, the official shall mark the envelope containing the paperwork with the words "LEGAL MAIL – CONFIDENTIAL."

**The Clerk of Court is requested to mail copies of this order to the following addresses:**

- **Joseph K. Spano, Commissioner of the Westchester County Department of Corrections, 10 Woods Road, Valhalla, NY 10595.**

- **Frederick Sullivan, Assistant Chief Deputy County Attorney, Westchester County Attorney's Office, 148 Martine Avenue, White Plains, NY 10601**

- **Zubearu Bettis, USP CANAAN – U.S. PENITENTIARY P.O. Box 300 Waymart, PA 18472.**

Dated: July 11, 2022
New York, New York

SO ORDERED.

_Katharine H. Parker_
**KATHARINE H. PARKER**
**United States Magistrate Judge**

---

legal papers "actively hinder[s]" Plaintiff's efforts to pursue his legal claims. *Girard v. Collao*, 2020 WL 4702795, at *11 n.4 (S.D.N.Y. Aug. 13, 2020) (citing *Covino v. Reopel*, 1997 WL 138856, at *1 (2d Cir. Mar. 18, 1997)).