

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 12, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2022
```

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Email: Parker_NYSDChambers@nysd.uscourts.gov

Re:   *Bettis v. L. N'Diaye et al.*, No. 21 Civ. 07496 (VEC) (KHP)

Dear Judge Parker:

This Office represents Defendants Lamine N'Diaye, Robert Beaudouin, Nathaniel Bullock, Carlos Perez, and Erskine Walkes (collectively the "Federal Defendants") in this *Bivens* action commenced by the *pro se* Plaintiff Zubearu Bettis. This matter is currently scheduled for a telephonic settlement conference on August 15, 2022, at 4:00 p.m. As directed by the Court, I contacted USP Canaan Correctional Facility to make arrangements to have Plaintiff produced for the abovementioned telephonic settlement conference, but was informed that Plaintiff would not be available at 4:00 p.m. because the facility has an institutional count at 4:00 p.m. on a daily basis. Accordingly, I respectfully request that the telephonic settlement conference be rescheduled to another date that is convenient for the Court, in the morning or early afternoon.

I thank the Court for its attention to this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2745
Elizabeth.Kim@usdoj.gov

cc: Zubearu Bettis, Plaintiff *pro se* (via Certified Mail)

**APPLICATION GRANTED: The telephonic settlement conference in this matter scheduled for Monday, August 15, 2022, at 4:00 p.m. is hereby rescheduled to <u>Wednesday, August 24, 2022 at 2:00 p.m.</u> Defendants must send the person with decision making authority to settle the matter to the conference. In light of the Plaintiff's confinement, the parties are not required to submit a Settlement Conference Summary Report prior to the conference. It is ORDERED that the Warden or other official in charge of the USP Canaan Correctional Facility produce plaintiff <u>Zubearu Bettis., INMATE #92404-054, on August 24, 2022, no later than 2:00 p.m.,</u> to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in the conference. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the USP Canaan Correctional Facility to arrange the call and determine the telephone number at which the Plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at <u>(866) 434-5269, Access code: 4858267, with Plaintiff on the line, at the time and date of the settlement conference.</u> Chambers will email Defense Counsel a teleconference security code prior to the conference.**

**<u>The Clerk of Court is requested to mail a copy of this order to Plaintiff at the following address: Zubearu Bettis USP CANAAN - U.S. PENITENTIARY P.O. Box 300 Waymart, PA 18472.</u>**

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**07/13/2022**