

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 17, 2022

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Bettis v. L. N'Diaye et al.*, No. 21 Civ. 07496 (VEC) (KHP)

Dear Judge Parker:

This Office represents Defendants Lamine N'Diaye, Robert Beaudouin, Nathaniel Bullock, Carlos Perez, and Erskine Walkes (collectively the "Federal Defendants") in this *Bivens* action commenced by the *pro se* Plaintiff Zubearu Bettis. This matter is currently scheduled for a telephonic settlement conference on October 24, 2022, at 10:00 a.m. I write respectfully in response to the Court's order, dated September 15, 2022, in which the Court ordered that I "inform[] the Court where Plaintiff will be located on the day of the scheduled conference and confirm[] that Defendant contacted the relevant Facility to arrange the call." *See* Dkt. No. 64. I write to inform the Court that Plaintiff's correctional counselor at United States Penitentiary, Lee ("USP Lee") confirmed that Plaintiff will be held at USP Lee on the date of the scheduled telephonic conference and that Plaintiff would be produced at the required time for the telephonic conference. Plaintiff's correctional counselor further informed me that he would call me with Plaintiff shortly before the telephonic conference so that I would be able to call the Court with Plaintiff on the line.

I thank the Court for its attention to this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007

2

Tel: (212) 637-2745
Elizabeth.Kim@usdoj.gov

cc: Zubearu Bettis, Plaintiff *pro se* (via First Class Mail)
92404-054
U.S.P. Lee
P.O. Box 35
Jonesville, VA 24263