USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUBEARU BETTIS,<br><br>                           Plaintiff,<br><br>      -against-<br><br>UNITED STATES,<br><br>                           Defendant. | 21-CV-7496 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 12, 2022, Plaintiff filed an Amended Complaint against the Bureau of Prisons North East Region Director, Lamine N'Diaye, the Warden of the Metropolitan Correction Center New York, Robert Beaudouin, Erskine Wilkes, Nathanial Bullok, Carlos Perez, and Known and Unknown MCC NY Staff, *see* Dkt. 48;

       WHEREAS on October 31, 2022, Plaintiff filed a Second Amended Complaint solely against the United States, *see* Dkt. 71; and

       WHEREAS on November 17, 2022, a notice of consent to magistrate judge jurisdiction listing only Defendants who were terminated from the action pursuant to the Second Amended Complaint was filed on the docket, *see* Dkt. 72;

       IT IS HEREBY ORDERED that, for the Court to act on a notice of consent to magistrate judge jurisdiction, the notice must list the current parties to this action.  The parties must submit any renewed notice of consent not later than **Monday, November 28, 2022**.  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  November 17, 2022
        New York, New York

_____
VALERIE CAPRONI
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. L. N'Diaye, Warden
   Metropolitan Correctional Center
   150 Park Row
   New York, New York 10007

2. Lt. Perez
   Metropolitan Correctional Center
   150 Park Row
   New York, New York 10007

3. Dr. Beaudoin
   Metropolitan Correctional Center
   150 Park Row
   New York, New York 10007

4. Walkes, Counselor
   Metropolitan Correctional Center
   150 Park Row
   New York, New York 10007

5. Bullock, Counselor
   Metropolitan Correctional Center
   150 Park Row
   New York, New York 10007