**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 28, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Bettis v. United States of America*, No. 21 Civ. 07496 (VEC) (KHP)

Dear Judge Caproni:

      This Office represents Defendant the United States of America (the "Government") in this Federal Tort Claims Act action. I write respectfully to request a two-week extension of the deadline for the parties to submit a renewed notice of consent to magistrate judge jurisdiction from today, November 28, 2022, to December 12, 2022. The reason for this request is that the Government needs additional time to coordinate with the *pro se* Plaintiff, who is in the custody of the Federal Bureau of Prisons, to submit a renewed notice of consent. This is the Government's first request for an extension of this deadline. In light of Plaintiff's incarcerated status, the Government has not conferred with Plaintiff to determine his position on this request. The Government also apologizes to the Court for the timing of this request.

      I thank the Court for its attention to this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    /s/ Elizabeth J. Kim
        ELIZABETH J. KIM
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2745
        Elizabeth.Kim@usdoj.gov

cc:    Zubearu Bettis, Plaintiff *pro se* (via First Class Mail)

Application GRANTED. The deadline for the parties to submit a renewed notice of consent to magistrate judge jurisdiction is hereby extended from Monday, November 28, 2022 until **Monday, December 12, 2022**. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

11/28/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE